# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** DEA

**City** Andover

**County** Essex

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant X
Magistrate Judge Case Number _____
Search Warrant Case Number  See attached
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes  ☑ No

## Defendant Information:

**Defendant Name** Christopher Tenaglia   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:** _____

**Address:** 11 Middlesex Road, Watertown, MA 02472

**Birth date (Yr only):** 1989  **SSN (last 4#):** 4227  **Sex:** M  **Race:** White  **Nationality:** _____

**Defense Counsel if known:** _____  **Address:** _____

**Bar Number:** _____

## U.S. Attorney Information

**AUSA:** Lindsey Weinstein   **Bar Number if applicable:** 676933

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint  ☐ Information  ☐ Indictment

**Total # of Counts:** ☐ Petty ____ ☐ Misdemeanor ____ ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/5/2024   **Signature of AUSA:** /s/ LE Weinstein

JS 45  (5/97)   (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Christopher Tenaglia

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841 | Possession with intent to distribute illegal anabolic steroids, schedule III controlled substance | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

See attached.

SW Numbers:

22-MJ-6098-MPK

22-MJ-6099-MPK

22-MJ-6190-MPK

22-MJ-6008-MPK

23-MJ-6009-MPK

23-MJ-6010-MPK

23-MJ-6300-MPK

23-MJ-6301-MPK

23-MJ-6302-MPK

23-MJ-6593-MPK

23-MJ-6594-MPK

23-MJ-6595-MPK

23-MJ-8132-PGL

24-MJ-6053-MPK

24-MJ-6054-MPK

24-MJ-6199-MPK

24-MJ-6201-MPK

24-MJ-6202-MPK

24-MJ-6203-MPK

24-MJ-6204-MPK